**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 06-cv-00949-WYD-PAC

INTERNET PR GROUP, INC.

      Plaintiff,

vs.

XSUNX, INC.
      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Defendant's Motion to Supplement Response to Plaintiff's Motion to Remand [# 11], filed July 31, 2006, is **GRANTED**.  Defendant's Response to Plaintiff's Motion to Remand is amended to include the Supplemental Response.

      Dated:  July 31, 2006