IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00949-WYD-PAC

INTERNET PR GROUP, INC.,

     Plaintiff,

v.

XSUNX, INC.,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendant's Motion for Leave to Further Supplement Response to Plaintiff's Motion to Remand [# 14], filed September 1, 2006, is **GRANTED**.  The Court will accept Defendant's Second Supplemental Response, which was filed with the present motion.  If Plaintiff wishes to file a reply to the supplemental authority cited by Defendant, it may do so by no later than Friday, September 15, 2006.

     Dated:  September 1, 2006